ALFRED STRASBURGER and Another, as Surviving Trustees, etc., of MATHIAS STRASBURGER, Deceased, Appellants, v. LOWER NEW YORK IMPROVEMENT CO., INC., and Others, Defendants, Impleaded with ADOLPH SCHECHTER and JACOB KROOPF, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MALCOLM RENIER and Others, Appellants, Impleaded with Another.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRANCIS KENNETH ZAMMINER, an Infant, by GEORGE ZAMMINER, His Guardian ad Litem, and Others, Respondents, v. METROPOLITAN DISTRIBUTORS, INC., and MERKEL, INC., Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. GREENMAL HOLDING CORPORATION, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of NATIONAL CITY BANK OF NEW YORK and GEORGE E. COGSWELL, as Trustees under the Last Will and Testament of WILLIAM H. DEGUMOENS, Deceased, for the Benefit of WILLIAM H. DEGUMOENS, JR., and Remaindermen.— Final decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [148 Misc. 345.]

IRVING NACHT, Respondent, v. MOSES SCHWARTZ, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HELEN A. FABER, Respondent, v. KATHERINE J. FABER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE BARBASOL COMPANY, INC., Respondent, v. FRANK KALEN and DAVID ARONSON, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townely and Glennon, JJ.

RAY FRIED, Respondent, v. LONDON GUARANTEE & ACCIDENT CO., LTD., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

NEW AMSTERDAM CASUALTY COMPANY, INC., Respondent, v. JOHN H. RALSTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

AMELIA MARMORSTEIN, Appellant, v. FOX THEATRES CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

ABRAM A. WEIGERT, Respondent, v. MORRIS JACKSON and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present— Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.